No. 65938.—M. E. Dey & Company, Inc. v. United States, protest 212407–K (Milwaukee).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiff was sustained.

No. 65939.—The Spiegel Bros. Corp. v. United States, protest 58/20091 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 25, 1961

No. 65940.—Andrew Fisher Cycle Co., Inc. v. United States, protests 287339–KS, etc. (Philadelphia).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65941.—Margro Trading Corporation v. United States, protests 303004–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65942.—Barian Shipping & Co., Inc., and Mr. Adrians et al. v. United States, protests 60/2883–S, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65943.—Hercules Division, American Machine & Foundry Co. v. United States, protest 61/2451 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65944.—Andrew Fisher Cycle Co., Inc., et al. v. United States, protests 61/2860, etc. (New York).